UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BENJAMIN BRILEY FARMER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.: 1:21-cv-153-TAV-SKL |
| | ) |
| HOWARD L. UPCHURCH, | ) |
| J. CURTIS SMITH, | ) |
| DANIEL H. RADER IV, | ) |
| STACY H. FARMER, and | ) |
| BLEDSOE COUNTY, TN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by Chief United States Magistrate Susan K. Lee, on October 5, 2021 [Doc. 48]. In the R&R, Judge Lee recommends that the Court grant defendant's joint motion to strike [Doc. 42], deny the remaining motions to strike [Docs. 44, 45] as moot, and strike the amended complaint [Doc. 40] from the record [Doc. 48] There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Judge Lee's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 48]. Defendant's joint motion to strike

[Doc. 42] is **GRANTED** and the remaining motions to strike [Docs. 44, 45] are **DENIED AS MOOT**. Plaintiff's amended complaint is hereby **STRICKEN** from the record.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE