UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

BENJAMIN BRILEY FARMER,                )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        No.:   1:21-CV-153-TAV-SKL
                                       )
HOWARD L. UPCHURCH,                    )
J. CURTIS SMITH,                       )
DANIEL H. RADER IV, and                )
STACY H. FARMER,                       )
                                       )
            Defendants.                )

## ORDER

For the reasons set forth in the Court's memorandum opinion, filed contemporaneously with this Order, defendants' motions to dismiss [Docs. 24, 28, 34, and 36] are **GRANTED**. Attorney Radar's motion to withdraw a portion of his motion to dismiss [Doc. 55] is **DENIED** as moot. Plaintiff's claims are **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE